PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia



FILED
JUL - 1 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

05-0561M-01

U.S.A. vs. Kevin L. Smith

1:05 CR 296
Docket No. 05-mj-465

FILED
OCT 28 2005

Petition for Action on Conditions of Pretrial Release

COMES NOW Traccy M. White, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Kevin L. Smith, who was placed under pretrial release supervision by the Honorable Barry R. Poretz sitting in the Court at Alexandria, on June 25, 2005, under the following conditions:

- Pretrial Services supervision
- $20,000 unsecured bond co-signed by the defendant's mother, Theresa Smith
- Released to the 3rd party custody of Theresa Smith
- Reside with 3rd party custodian and not change his residence without prior approval of Pretrial Services
- Avoid all contact with co-defendants and witnesses in this case unless in the presence of counsel
- Refrain from possessing firearms, destructive devices, or other dangerous weapons
- Refrain from excessive alcohol, and any use or unlawful possession of a narcotic drug or controlled substance defined in 21 U.S.C. 802 unless prescribed by a licensed medical person
- Undergo substance abuse testing as directed by Pretrial Services at defendant's expense

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE
AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

Failed to reside with his mother/3rd party custodian.

PRAYING THAT THE COURT WILL ORDER warrant be issued for the defendant and he show cause why his conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this _____1st___ day of ___July___, 2005 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

Respectfully,

_____
U.S. Pretrial Services Officer

Place: Alexandria, VA

Date: June 30, 2005