**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 11/15/05

RECEIVED MAILROOM
NOV 25 2005
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FILED
DEC 0 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court:  Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

RE: CR 05-561 (Kevin Lamont Smith)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X  Docket Sheet                                   ☐  Warrant of Removal
- X  Complaint                                      ☐  Order of Removal
- ☐  Minute Order Appointing Counsel     X  Detention Order
- ☐  Corporate Surety Bond                  X  Waiver of Removal
- ☐  Personal Surety Bond
- X  Other- Blotter dated 10/28/05, 10/31/05, 11/1/05, 11/3/05, 11/7/05 & 11/8/05

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk